NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J.P.,                                    )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-2450
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
_____  )

Opinion filed March 8, 2019.

Appeal from the Circuit Court for
Hillsborough County; Christopher Nash,
Judge.

Howard L. Dimmig, II, Public Defender, and
Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.